## (March 28, 1955.)

Consumers Industries, Inc., Respondent, v. ABC Insulation Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 950; *post,* p. 1173.]

In the Matter of the Bar Association of Nassau County, N. Y., Inc., in Respect of Harrison B. Wright, an Attorney.— The issues raised by the petition and answers are referred to Honorable Frank F. Adel, Official Referee, to hear and report with his recommendation. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.

Knocklong Corp., Appellant-Respondent, v. Long Island State Park Commission et al., Respondents-Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 973.]

Herbert O'Connor, Suing on Behalf of Himself and All Other Members of the Mutual Ticket Agents Local No. 23293 of the American Federation of Labor, Similarly Situated, et al., Respondents-Appellants, v. Raymond Harrington, as President of Mutual Ticket Agents Local No. 23293 of the American Federation of Labor, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 900.]

William P. Stevenson, Appellant, v. A. Chester Clark et al., Respondents. — Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.